# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

LOLA LUCIO

    Plaintiff,

v.

FORWARD CORPORATION

    Defendants.

Case № 2:21-cv-12839-GAD-JJCG
Hon. Gershwin A. Drain
Magistrate Judge Jonathan J.C. Grey

---

| | |
|---|---|
| PETE M. MONISMITH (P78186) <br> Attorney for Plaintiff <br> 3945 Forbes Ave., #175 <br> Pittsburgh, PA 15213 <br> (724) 610-1881/ Fax: (412) 258-1309 <br> pete@monismithlaw.com | GREGORY M. MEIHN (P38939) <br> MATTHEW T. WISE (P76794) <br> Gordon Rees Scully Mansukhani <br> Attorneys for Defendant <br> 37000 Woodward Ave., Ste 225 <br> Bloomfield Hills, MI 48304 <br> (313) 426-9815 / Fax: (313) 406-7373 <br> gmeihn@grsm.com <br> mwise@grsm.com |

---

## JOINT STIPULATED ORDER EOF DISMISSAL WITH PREJUDICE

Whereas the parties have entered into an agreement resolving the issues between the parties, the parties through their counsel stipulating hereto, and the Court being more fully advised in the premises,

IT IS HEREBY ORDERED that the above matter is dismissed with prejudice.

This resolves all matters between the parties and closes the case.

Dated: September 19, 2022

So ordered,

s/Gershwin A. Drain_____
Hon. Gershwin A. Drain

Stipulated and agreed:

*/s/Pete M. Monismith w consent*
PETE M. MONISMITH (P78186)
Attorney for Plaintiff
Attorney for Plaintiff

*/s/Matthew T. Wise*
GREGORY M. MEIHN (P38939)
MATTHEW T. WISE (P76794)
Gordon Rees Scully Mansukhani
Attorneys for Defendant